1  **SEDGWICK LLP**
   Robert M. Harkins, Jr. (State Bar No. 179525)
2  Matthew A. Fischer (State Bar No. 191451)
   Jennifer Ming (State Bar No. 260367)
3  333 Bush Street, 30th Floor
   San Francisco, CA  94104-2834
4  Telephone:     415.781.7900
   Facsimile:      415.781.2635
5
   Attorneys for Defendant
6  PALADIN BRANDS GROUP, INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10 | ADVANCED STEEL RECOVERY, LLC, | ) **CASE NO.  2:12-cv-01004-GEB-DAD** |
   | --- | --- |
11 | Plaintiff, | ) |
12 | v. | ) **STIPULATION AND ORDER RE:** <br> ) **EXTENSION OF TIME** |
13 | X-BODY EQUIPMENT, INC., PALADIN | ) |
14 | BRANDS GROUP, INC., and JEWELL ATTACHMENTS, LLC, | ) |
15 | Defendants. | ) |

Defendant Paladin Brands Group, Inc. ("Paladin") was served with the Complaint on June 25, 2012, and its response to the Complaint is currently due on July 16, 2012.  Paladin and Plaintiff Advanced Steel Recovery, LLC are in discussions that may impact Paladin's response to the Complaint.  As a result, the parties hereby agree and stipulate to a one-week extension for Paladin to respond to the Complaint, so that Paladin's response is due on July 23, 2012.  This is the first such extension.

DATED:  July 13, 2012          SEDGWICK LLP

By: */s/ Robert Harkins*_____
    Robert Harkins

    Attorneys for Defendant JEWELL ATTACHMENTS, LLC

DATED:  July 13, 2012          GIBSON, DUNN & CRUTCHER LLP

By: */s/ Casey J. McCracken*_____
    Casey J. McCracken

    Attorneys for Plaintiff ADVANCED STEEL RECOVERY, LLC

### ORDER

Pursuant to this Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the Defendant Paladin Brands Group, Inc.'s response to the Complaint is due on July 23, 2012.

IT IS SO ORDERED.

**Date:  7/13/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge