1 **SEDGWICK LLP**
Robert M. Harkins, Jr. (State Bar No. 179525)
2 Matthew A. Fischer (State Bar No. 191451)
Jennifer Ming (State Bar No. 260367)
3 333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
4 Telephone:    415.781.7900
Facsimile:     415.781.2635
5
Attorneys for Defendant
6 PALADIN BRANDS GROUP, INC.

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| ADVANCED STEEL RECOVERY, LLC, | **CASE NO.  2:12-cv-01004-GEB-DAD** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RE: SECOND EXTENSION OF TIME** |
| X-BODY EQUIPMENT, INC., PALADIN BRANDS GROUP, INC., and JEWELL ATTACHMENTS, LLC, | |
| Defendants. | |

Defendant Paladin Brands Group, Inc. ("Paladin") was served with the Complaint on June 25, 2012. Its response to the Complaint was due on July 16, 2012, but that date was subsequently extended until July 23, 2012. Paladin and Plaintiff Advanced Steel Recovery, LLC continue to be in discussions that may impact Paladin's response to the Complaint, and the parties agree that it would be useful to have an additional week before a response is due. As a result, the parties hereby agree and stipulate to a one-week extension for Paladin to respond to the Complaint, so that Paladin's response is due on July 30, 2012. This is the second such extension.

DATED: July 23, 2012    SEDGWICK LLP

By: /s/_____
    Robert Harkins

Attorneys for Defendant JEWELL ATTACHMENTS, LLC

DATED: July 23, 2012    GIBSON, DUNN & CRUTCHER LLP
By: /s/_____
    Casey J. McCracken

Attorneys for Plaintiff ADVANCED STEEL RECOVERY, LLC

## ORDER

Pursuant to this Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the Defendant Paladin Brands Group, Inc.'s response to the Complaint is due on July 30, 2012.

IT IS SO ORDERED.

**Date: 7/23/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge