GIBSON, DUNN & CRUTCHER LLP
Wayne Barsky, SBN 116731
  wbarsky@gibsondunn.com
Casey J. McCracken, SBN 271202
  cmccracken@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

Attorneys for Plaintiff
ADVANCED STEEL RECOVERY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED STEEL RECOVERY, LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>X-BODY EQUIPMENT, INC., and JEWELL ATTACHMENTS, LLC,<br><br>              Defendants. | CASE NO. 2:12-cv-01004-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADJUST OPENING CLAIM CONSTRUCTION BRIEFING DEADLINE** |

WHEREAS, on July 31, 2012, this Court entered a Status (Pretrial Scheduling) Order (D.I. 22) setting forth a case schedule in this action between Plaintiff Advanced Steel Recovery, LLC ("ASR") and Defendants X-Body Equipment, Inc. ("X-Body") and Jewell Attachments, LLC ("Jewell") (collectively "Defendants").

WHEREAS, the current deadline for the parties to file simultaneous opening claim construction briefs is Monday May 20, 2013.

WHEREAS, the parties have been engaging in good-faith settlement discussions in an effort to resolve this matter in the immediate future.

WHEREAS, the parties believe that the possibility of realizing a resolution to this matter would be increased if the current deadline for opening claim construction briefs, currently due on May 20, 2013, was extended by two (2) weeks to June 3, 2013.

WHEREAS, the parties agreed amongst themselves to extend the deadline for opening claim construction briefs by two (2) weeks to June 3, 2013 and request that the Court grant such an extension.

WHEREAS, the parties have not previously requested an extension of this deadline.

WHEREAS, such an extension would promote judicial economy and allow the Court to conserve valuable resources, including the time and effort of its staff.

WHEREAS, the parties believe that such an extension of the deadline will also conserve the parties' time and resources by allowing them to continue exploring viable opportunities to resolve this matter in good faith.

WHEREAS, such an extension will not affect the remainder of the pre-trial schedule, including the deadline for responsive claim construction briefs due June 17, 2013, the technology tutorial scheduled for June 17, 2013, and the claim construction hearing scheduled for July 29, 2013.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the deadline for each party to file simultaneous opening claim construction briefs and supporting evidence shall be extended to Monday, June 3, 2013.

DATED: May 8, 2012            GIBSON, DUNN & CRUTCHER LLP

By: */s/ Casey J. McCracken*_____
    Casey J. McCracken

    Attorneys for Plaintiff ADVANCED STEEL RECOVERY, LLC

DATED: May 8, 2012            SEDGWICK LLP

By: */s/ Robert Harkins*_____
    Robert Harkins

    Attorneys for Defendants X-BODY EQUIPMENT, INC. AND JEWELL ATTACHMENTS, LLC

## ORDER

Pursuant to this Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the deadline for each party to file simultaneous opening claim construction briefs and supporting evidence is extended to Monday, June 3, 2013.

IT IS SO ORDERED.

**Date:  5/10/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

ASR V X-BODY 12-CV-1004 STIPULATION TO ADJUST BRIEFING DEADLINE.DOC