GIBSON, DUNN & CRUTCHER LLP
Wayne Barsky, SBN 116731
 wbarsky@gibsondunn.com
Casey J. McCracken, SBN 271202
 cmccracken@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Plaintiff
ADVANCED STEEL RECOVERY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ADVANCED STEEL RECOVERY, LLC, | CASE NO. 2:12-cv-01004-GEB-DAD |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO ADJUST CLAIM CONSTRUCTION HEARING DATE** |
| v. | |
| X-BODY EQUIPMENT, INC., and JEWELL ATTACHMENTS, LLC, | **Claim Construction Hearing:** |
| Defendants. | Current Date:   July 29, 2013 at 10:00 a.m. |
| | Prop. New Date:   August 5, 3013 |

WHEREAS, on July 31, 2012, this Court entered a Status (Pretrial Scheduling) Order (D.I. 22) setting forth a case schedule in this action between Plaintiff Advanced Steel Recovery, LLC ("ASR") and Defendants X-Body Equipment, Inc. ("X-Body") and Jewell Attachments, LLC ("Jewell") (collectively "Defendants").

WHEREAS, a claim construction hearing is scheduled to commence at 10:00 a.m. on Monday July 29, 2013.

WHEREAS, in light of a conflict of ASR's lead counsel with the current claim construction hearing date, the parties have stipulated and agreed to reschedule the claim construction hearing to August 5, 2013, delaying the hearing by only one week.

WHEREAS, the parties understand that the Court is available to hold the claim construction hearing on August 5, 2013.

WHEREAS, this is the first request to adjust the date of the claim construction hearing.

1  WHEREAS, the rescheduling of the claim construction hearing will not affect the remainder
2  of the pre-trial schedule.
3  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the claim
4  construction hearing previously scheduled for July 29, 2013 will be rescheduled to August 5, 2013 at
5  a time convenient for the Court.

7  DATED: July 5, 2013                    GIBSON, DUNN & CRUTCHER LLP

10                                         By: */s/ Casey J. McCracken*_____
11                                              Casey J. McCracken

12                                              Attorneys for Plaintiff ADVANCED STEEL
13                                              RECOVERY, LLC

15  DATED: July 5, 2012                    SEDGWICK LLP

16                                         By:  */s/ Robert Harkins*_____
                                                Robert Harkins

17                                              Attorneys for Defendants X-BODY EQUIPMENT,
18                                              INC. AND JEWELL ATTACHMENTS, LLC

## ORDER

Pursuant to this Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the claim construction hearing previously scheduled for July 29, 2013 will be rescheduled to August 19, 2013 at 10:00 a.m.

IT IS SO ORDERED.

**Date:  7/9/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge