SEDGWICK LLP
Robert M. Harkins, Jr. (State Bar No. 179525)
Matthew A. Fischer (State Bar No. 191451)
Jennifer Ming (State Bar No. 260367)
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone:   415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendants and Counterclaimants
X-BODY EQUIPMENT, INC. and JEWELL ATTACHMENTS, LLC

GIBSON, DUNN & CRUTCHER LLP
Wayne Barsky, SBN 116731
wbarsky@gibsondunn.com
2029 Century Park East
Century City, CA 90067-3026
Telephone:   310.552.8500
Facsimile:    310.551.8741

Jennifer Rho, SBN 254312
jrho@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

Casey J. McCracken, SBN 271202
cmccracken@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612
Telephone:   949.451.3800
Facsimile:    949.451.4220

Attorneys for Plaintiff
ADVANCED STEEL RECOVERY, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED STEEL RECOVERY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>X-BODY EQUIPMENT, INC.<br>and JEWELL ATTACHMENTS, LLC,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | **Case No. 2:12-cv-01004-GEB-DAD**<br><br>**JOINT STIPULATION AND STAY MOTION TO STAY, AND ORDER AMENDING STATUS ORDER** |

## JOINT STIPULATION AND MOTION TO STAY

WHEREAS, on October 23, 2013, the Court issued a Status (Pretrial Scheduling) Order ("Order") setting various case deadlines;

WHEREAS, pursuant to that Order, fact discovery is to be completed by July 27, 2014, initial expert witness disclosures are due on or before March 28, 2014, and any contradictory and/or rebuttal expert disclosures are due on or before April 28, 2014;

WHEREAS, subsequent to the entry of that Order, the parties have been engaging in meaningful settlement discussions and require a stay and extension of case deadlines to facilitate further settlement discussions and potential resolution of the case;

WHEREAS, this is the first such request for a stay and extension regarding the calendared dates impacted by this Joint Stipulation and Motion; and

WHEREAS, the parties believe this requested stay may be granted without impacting the trial date set in the case to take place on March 31, 2015;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT:

1. The case is hereby stayed in all respects, including discovery and all other currently calendared dates, for a period of 120 days.
2. The parties will notify the Court if a settlement is reached. If the parties do not reach settlement, they will so notify the Court and request a new case schedule setting new deadlines.  Should the parties require additional time to complete their negotiations at the end of the 120 days and finalize a settlement agreement, the parties will jointly request that the stay be extended.

/ / /

/ / /

/ / /

/ / /

DATED:  January 23, 2014			SEDGWICK LLP

						By: */s/ Robert Harkins*
						       Robert Harkins

						Attorneys for Defendants and Counterclaimants
						X-BODY EQUIPMENT, INC. and JEWELL
						ATTACHMENTS, LLC

DATED:  January 23, 2014			GIBSON, DUNN & CRUTCHER LLP

						By:  */s/ Casey J. McCracken* (as authorized on
						January 23, 2014)
						       Casey J. McCracken

						Attorneys for Plaintiffs and Counterclaim-Defendant
						ADVANCED STEEL RECOVERY, LLC

**Order**

In light of the parties' representation that they have been engaging in meaningful settlement discussions and require a stay and extension of case deadlines to facilitate further settlement discussions and potential resolution of the case, rather than staying the action dates in the Scheduling Order filed on October 23, 2013, are changed as follows:

(1)	Non-expert discovery shall be completed by January 15, 2015. Expert discovery shall be completed by February 16, 2015;

(2)	each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(c)(i)'s initial expert witness disclosure requirements on or before August 16, 2014, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(c)(ii) on or before September 16, 2014;

(3)	the last hearing date for motions is March 16, 2015, commencing 9:00 a.m.;

(4)	the final pretrial conference is rescheduled to commence at 2:30 p.m. on May 18, 2015; a joint status report shall be filed fourteen days prior to the hearing; and,

(5)	trial commences at 9:00 a.m. on August 25, 2015.

Dated:  January 24, 2014

						_____
						GARLAND E. BURRELL, JR.
						Senior United States District Judge