GOLDBERG, LOWENSTEIN & WEATHERWAX LLP
Perry M. Goldberg (SBN 168976)
*goldberg@glwllp.com*
Kenneth J. Weatherwax (SBN 218612)
*weatherwax@glwllp.com*
11400 W. Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 307-4500
Facsimile: (310) 307-4550

Attorneys for Plaintiff ADVANCED STEEL RECOVERY, LLC

SEDGWICK LLP
Robert M. Harkins, Jr. (State Bar No. 179525)
robert.harkins@sedgwicklaw.com
Matthew A. Fischer (State Bar No. 191451)
matthew.fischer@sedgwicklaw.com
Jennifer Ming (State Bar No. 260367)
jennifer.ming@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:  415.781.7900
Facsimile:   415.781.2635

Attorneys for Defendants and Counterclaimants
X-BODY EQUIPMENT, INC. and JEWELL ATTACHMENTS, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED STEEL RECOVERY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>X-BODY EQUIPMENT, INC., and JEWELL ATTACHMENTS, LLC,<br><br>Defendants. | CASE NO. 2:12-cv-01004-GEB-DAD<br><br>**[PROPOSED] ORDER TO ADJUST MOTION SCHEDULE** |

# [PROPOSED] ORDER
# ADJUSTING MOTION SCHEDULE

Pursuant to this Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that, as to Defendants' Motion for Summary Judgment of Non-Infringement filed June 2, 2014, the deadline for plaintiff to file its Opposition to defendants' Motion will be **June 30, 2014**, and the noticed hearing date shall be and is hereby changed from **June 30, 2014** to **July 28, 2014**.

IT IS SO ORDERED.

**Dated: June 5, 2014**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge