Daniel M. Cislo, Esq., No. 125,378
  *dan@cislo.com*
Mark D. Nielsen, Esq., No. 210,023
  *mnielsen@cislo.com*
CISLO & THOMAS LLP
1333 2nd Street Suite 500
Santa Monica, California 90401-4110
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorney for Plaintiff,
ADVANCED STEEL RECOVERY, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED STEEL RECOVERY, LLC, | Case No. 2:12-cv-01004-GEB-DAD |
| Plaintiff, | [Hon. Garland E. Burrell, Jr.] |
| vs. | **JOINT STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES** |
| X-BODY EQUIPMENT, INC. and JEWELL ATTACHMENTS, LLC, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

**JOINT STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES**

WHEREAS, the Court has set the following expert discovery deadlines in the case, including initial expert disclosures on August 16, 2014 and rebuttal expert disclosures on September 16, 2014 (see, Docket No. 51);

WHEREAS, the fact discovery cut-off and expert discovery cut-off dates in the case are set for January 15, 2015 and February 16, 2015, respectively (see, Docket No. 51);

WHEREAS, the last date for hearing motions in the case is set for March 16, 2015 (see, Docket No. 51);

WHEREAS, because there remains a significant amount of fact discovery to conduct in the case, including party depositions, and in light of Defendants' pending motion for summary judgment, the parties seek to extend the expert disclosure deadlines by approximately sixty (60) days so that the additional fact discovery and depositions can be conducted before the expert disclosures must be provided;

WHEREAS, the parties propose to extend the initial expert disclosure date from August 16, 2014 to October 10, 2014, and the rebuttal expert disclosure date from September 16, 2014 to November 14, 2014;

WHEREAS, the parties' requested modification of the expert disclosure deadlines will not alter the fact or expert discovery cut-off dates, the motion deadline, the trial preparation deadlines, the pretrial conference, or the trial date.

///

///

///

NOW THEREFORE, the parties, by and through their counsel of record, hereby stipulate and agree to move the deadline for initial expert reports from August 16, 2014 to October 10, 2014, and the deadline for rebuttal expert reports from September 16, 2014 to November 14, 2014.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

| CISLO & THOMAS LLP | SEDGWICK LLP |
|---|---|
| /s/ Mark D. Nielsen<br>Daniel M. Cislo<br>Mark D. Nielsen<br><br>**GIBSON, DUNN & CRUTCHER, LLP**<br>Wayne M. Barsky<br>Jennifer Rho<br>Casey J. McCracken<br><br>Attorneys for Plaintiff,<br>ADVANCED STEEL RECOVERY, LLC<br><br>Dated: June 26, 2014 | /s/ Robert M. Harkins, Jr. (with permission)<br>Robert M. Harkins, Jr.<br>Matthew A. Fischer<br>Jennifer Ming<br><br>Attorneys for Defendants,<br>X-BODY EQUIPMENT, INC. and<br>JEWELL ATTACHMENTS LLC<br><br>Dated: June 26, 2014 |

## **ORDER**

Based on the parties' stipulation submitted concurrently herewith,

IT IS HEREBY ORDERED THAT the deadline for initial expert disclosures shall be extended from August 16, 2014 to October 10, 2014, and the deadline for rebuttal expert disclosures shall be extended from September 16, 2014 to November 14, 2014.

**IT IS SO ORDERED**.

Dated: June 26, 2014

T:\14-29233\Stipulation to Extend Expert Discovery Deadlines.doc

GARLAND E. BURRELL, JR.
Senior United States District Judge

**PROOF OF SERVICE**

I HEREBY CERTIFY that on this 26th day of June, 2014, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system with electronic notification of such filing to the following counsel of record:

| | |
|---|---|
| Casey J. McCracken, Esq.<br>Gibson Dunn & Crutcher LLP<br>3161 Michelson Drive<br>Irvine, CA 92612<br>Telephone: 949-451-3800<br>Fax: 949-475-4772<br>cmccracken@gibsondunn.com | Eric B. Hanson, Esq.<br>Kathryn Kalb Anderson, Esq.<br>Kenneth J. Weatherwax, Esq.<br>Perry M. Goldberg, Esq.<br>Goldberg, Lowenstein & Weatherwax, LLP<br>11400 West Olympic Blvd., Suite 400<br>Los Angeles, CA 90064<br>Telephone: 310-307-4542<br>Fax: 310-307-4509<br>hanson@glwllp.com<br>anderson@glwllp.com<br>weatherwax@glwllp.com<br>goldberg@glwllp.com |
| Jennifer Rho, Esq.<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213-229-7103<br>Fax: 213-229-7520<br>jrho@gibsondunn.com | |
| Wayne M. Barsky, Esq.<br>Gibson, Dunn & Crutcher LLP<br>2029 Century Park East<br>Suite 4000<br>Los Angeles, CA 90067<br>Telephone: 310-557-8183<br>Fax: 310-552-7010<br>wbarsky@gibsondunn.com | Robert M. Harkins, Jr., Esq.<br>Matthew A. Fischer, Esq.<br>Jennifer Ming, Esq.<br>Sedgwick LLP<br>333 Bush Street, 30th Floor<br>San Francisco, CA 94104-2834<br>Telephone: (415) 781-7900<br>Fax: (415) 781-2635<br>robert.harkins@sedgwicklaw.com<br>matthew.fischer@sedgwicklaw.com<br>jennifer.ming@sedgwicklaw.com |

Executed on June 26, 2014, at Westlake Village, California.

/s/ Laura Banuelos
Laura Banuelos

CISLO & THOMAS LLP
Attorneys at Law
1333 2nd Street
SUITE 500
SANTA MONICA, CALIFORNIA 90401-4110
Telephone: (310) 451-0647   Facsimile: (310) 394-4477
www.cislo.com

**Stip. to Extend Expert Disclosure Deadlines**   3   Case No. 2:12-cv-01004-GEB-DAD