Daniel M. Cislo, Esq., No. 125,378
   *dan@cislo.com*
Mark D. Nielsen, Esq., No. 210,023
   *mnielsen@cislo.com*
CISLO & THOMAS LLP
1333 2nd Street Suite 500
Santa Monica, California 90401-4110
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorney for Plaintiff,
ADVANCED STEEL RECOVERY, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADVANCED STEEL RECOVERY, LLC, | Case No. 2:12-cv-01004-GEB-DAD |
| Plaintiff, | [Hon. Garland E. Burrell, Jr.] |
| vs. | **JOINT STIPULATION TO CONTINUE HEARING DATE AND ADJUST BRIEFING SCHEDULE RE: DEFENDANTS' MOTION FOR ATTORNEYS' FEES** |
| X-BODY EQUIPMENT, INC. and JEWELL ATTACHMENTS, LLC, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

**Stip. Re: Hearing Date and Briefing Schedule on Defendants' Motion for Attorneys' Fees**

**Case No. 2:12-cv-01004-GEB-DAD**

## **STIPULATION**

WHEREAS, On September 8, 2014, Defendants X-Body Equipment, Inc. and Jewell Attachments, LLC (collectively "Defendants") filed a Motion for Attorney's Fees and Exceptional Case Status, with a hearing on the motion scheduled for October 6, 2014 (see, Docket No. 73);

WHEREAS, pursuant to Local Rule 230, Plaintiff Advanced Steel Recovery, LLC's ("Plaintiff") opposition to the motion for attorneys' fees is currently due on September 22, 2014, and Defendants' reply is currently due on September 29, 2014.

WHEREAS, Mr. Nielsen, primary counsel for Plaintiff in connection with the motion for attorneys' fees has long-standing vacations plans and will be out of the office from mid-day on Tuesday, September 16 through Sunday, September 21, and will be unable to perform any work on Plaintiff's opposition papers during that time;

WHEREAS, counsel for the parties conferred about this issue, and Defendants were willing to stipulate to the request if they received the same additional time to file their reply;

WHEREAS, the parties have agreed to request that the Court move the hearing date on Defendants' motion for attorneys' fees to October 20, 2014, the due date for Defendants' reply papers to October 13, 2014, and the due date for Plaintiff's opposition papers to September 29, 2014;

WHEREAS, the parties' requested changes to the hearing date and briefing schedule related to Defendants' motion for attorneys' fees is not sought for purposes of delaying resolution of Defendants' motion, but to accommodate the scheduling needs of counsel for the parties.

///

///

///

**Stip. Re: Hearing Date and Briefing
Schedule on Defendants' Motion for
Attorneys' Fees**                                                                 Case No. 2:12-cv-01004-GEB-DAD

NOW THEREFORE, the parties, by and through their counsel of record, hereby stipulate and agree to move the hearing date on Defendants' motion for attorneys' fees to October 20, 2014, the due date for Defendants' reply papers to October 13, 2014, and the due date for Plaintiff's opposition papers to September 29, 2014.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| CISLO & THOMAS LLP | SEDGWICK LLP |
|---|---|
| /s/ Mark D. Nielsen<br>Daniel M. Cislo<br>Mark D. Nielsen<br><br>Attorneys for Plaintiff,<br>ADVANCED STEEL RECOVERY, LLC<br><br>Dated: September 11, 2014 | /s/ Robert M. Harkins, Jr. (with permission)<br>Robert M. Harkins, Jr.<br>Matthew A. Fischer<br>Jennifer Ming<br><br>Attorneys for Defendants,<br>X-BODY EQUIPMENT, INC. and<br>JEWELL ATTACHMENTS LLC<br><br>Dated: September 11, 2014 |

## ORDER

For good cause shown, based on the parties' stipulation submitted concurrently herewith, IT IS HEREBY ORDERED THAT the hearing date on Defendants' motion for attorneys' fees (Docket No. 73) shall be moved to October 20, 2014; the deadline for Defendants' reply papers shall be moved to October 13, 2014; and, the deadline for Plaintiff's opposition papers shall be moved to September 29, 2014.

**IT IS SO ORDERED**.

Dated: September 15, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stip. Re: Hearing Date and Briefing Schedule on Defendants' Motion for Attorneys' Fees

2

Case No. 2:12-cv-01004-GEB-DAD