UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED STEEL RECOVERY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>X-BODY EQUIPMENT, INC. and JEWELL ATTACHMENTS, LLC,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | No. 2:12-cv-01004-GEB-DAD<br><br>**ORDER DENYING ATTORNEY'S FEES MOTION** |

Defendants and Counterclaimants X-Body Equipment, Inc. and Jewell Attachments, LLC move for an award of attorney's fees and costs under 35 U.S.C. § 285. (Mot. for Att'y Fees, ECF No. 87.) This statute prescribes that "[t]he court in exceptional cases may award reasonable attorney fees to the prevailing party."

> [A]n "exceptional" case is . . . one that stands out from others with respect to the substantive strength of a party's litigating position (considering both the governing law and the facts of the case) or the unreasonable manner in which the case was litigated. District courts may determine whether a case is "exceptional" in the case-by-case exercise of their discretion, considering the totality of the circumstances.

Octane Fitness, LLC v. ICON Health & Fitness, Inc., 134 S. Ct.

1

1749, 1756 (2014).

The moving parties have not satisfied this standard; therefore, the motion is denied.

Dated: January 29, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge

2